# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric Crissler, | ) | |
| | ) | Case No. 4:08-cr-044 |
| Defendant. | ) | |

On December 27, 2011, Chief Judge Erickson granted the Pretrial Services Officer's petition for modification of defendant's conditions of supervision. The detention hearing scheduled for December 27, 2011, is therefore cancelled. The United States Marshal shall transport defendant to Centre, Inc.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2011.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court